IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| TED SAMPLE, as surviving spouse and personal representative of the estate of LINDA K. SAMPLE, deceased, and on behalf of the wrongful death beneficiaries | PLAINTIFFS |
| v. Case No. 4:11-cv-00828 | |
| VERSPEETEN CARTAGE, LTD., DAVID KLASSEN, and AGATHA KLASSEN | DEFENDANTS |
| VERSPEETEN CARTAGE, LTD. | THIRD-PARTY PLAINTIFF |
| v. | |
| HJR ENTERPRISES, INC. and DANNY REED | THIRD-PARTY DEFENDANTS |

## ORDER

Before the Court is defendants' motion to compel discovery (Dkt. No. 39). Based upon defendants' representation to this Court, that motion is denied as moot.

IT IS SO ORDERED this 15 day of October, 2012.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE