IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

TED SAMPLE, as surviving spouse
and personal representative of the estate
of LINDA K. SAMPLE, deceased, and on
behalf of the wrongful death beneficiaries                    PLAINTIFFS

v.                       Case No. 4:11-cv-00828

VERSPEETEN CARTAGE, LTD.,
DAVID KLASSEN,
and AGATHA KLASSEN                                            DEFENDANTS

VERSPEETEN CARTAGE, LTD.                              THIRD-PARTY PLAINTIFF

v.

HJR ENTERPRISES, INC. and
DANNY REED                                         THIRD-PARTY DEFENDANTS

## ORDER

Based upon all counsels' representations to this Court, this case is removed from the trial calendar for the week of January 28, 2013.

IT IS SO ORDERED this 25 day of October, 2012.

_Kristine M. Baker_
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE