IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | | |
|---|---|---|
| TED SAMPLE, as surviving spouse and personal representative of the estate of LINDA K. SAMPLE, deceased, and on behalf of the wrongful death beneficiaries | | PLAINTIFFS |
| v. | Case No. 4:11-cv-00828 | |
| VERSPEETEN CARTAGE, LTD., DAVID KLASSEN, and AGATHA KLASSEN | | DEFENDANTS |
| VERSPEETEN CARTAGE, LTD. | | THIRD-PARTY PLAINTIFF |
| v. | | |
| HJR ENTERPRISES, INC. and DANNY REED | | THIRD-PARTY DEFENDANTS |

## ORDER

The parties have informed the Court that this matter has been settled. Therefore, the Court finds that this case should be dismissed with prejudice.

IT IS THEREFORE ORDERED that the complaint, the third-party complaint, and all claims in this action against defendants and third-party defendants are hereby dismissed with prejudice.

IT IS SO ORDERED this 29 day of October, 2012.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE